**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 01-6417**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS IVAN GREEN,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-87-28-BO, CA-0-155-5-BO)

—————

Submitted: August 23, 2001      Decided: August 29, 2001

—————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Dennis Ivan Green, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis I. Green appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Green, Nos. CR-87-28-BO; CA-0-155-5-BO (E.D.N.C. June 5, 2000 & Jan. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2